**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, for the use and benefit of Draka Cableteq USA, Inc.,<br><br>    Plaintiff,<br><br>vs.<br><br>Webb's Erection, Inc., et al.,<br><br>    Defendants. | No. CV-11-8071-PCT-PGR<br><br>ORDER |

The parties having filed a Stipulation to Dismiss (Doc. 11) which is sufficient to automatically effectuate the dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, Eitel v. McCool, 782 F.2d 1470, 1472-73 and n.4 (9th Cir.1986),

IT IS ORDERED that the Clerk of the Court shall terminate this action.

DATED this 24th day of August, 2011.

Paul G. Rosenblatt
United States District Judge